# VIRGINIA & AMBINDER, LLP
ATTORNEYS AT LAW

CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
───────
OF COUNSEL:
MARC A. TENENBAUM^***
───────
LADONNA M. LUSHER
JAMES E. MURPHY
JUDY S. WONG

TRINITY CENTRE
111 BROADWAY
SUITE 1403
NEW YORK, NEW YORK 10006
TEL (212) 943-9080
FAX (212) 943-9082

WWW.VANDALLP.COM

*(Please refer all correspondence to the New York address)*

lambinder@vandallp.com

5 Mountain Avenue
North Plainfield, New Jersey 07060

\*      Admitted in NJ only
\*\*    Also Admitted in NJ
\*\*\*  Also Admitted in OH
^      Also Admitted in DC

July 17, 2009

**VIA ECF**
Hon. Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Guzman v. VLM, Inc.*, Index No. 07-CV-1126 (JG) (RER)

Dear Judge Reyes:

We represent the Plaintiffs in the above mentioned litigation.  Enclosed please find a Final Order of settlement and attached Exhibit A.  Pursuant to Your Honor's Order of June 16, 2009, the parties were to submit the Final Order to the Court on July 16, 2009.  We apologize for the delay, however the parties needed an additional day to resolve certain matters addressed in the Order.

The parties respectfully request Your Honor review the enclosed Order and attached Exhibit, and approve the Order should everything be found satisfactory.  Should Your Honor have any questions or concerns regarding any of the enclosed documents, the parties are available at Your Honor's convenience.  Thank you.

Respectfully submitted,

_____/s/_____
Lloyd R. Ambinder (LA4122)
LaDonna M. Lusher (LL1283)

Cc:   Gary J. Dmoch (via ECF)
      Joseph M. Labuda (via ECF)