Virginia Ambinder     7/17/2009     Guzman v. VLM

EXHIBIT A

| | A | B | C | D |
|---|---|---|---|---|
| 1 | | | | |
| 2 | **NAME** | **ALLOCATION** | **LESS 20%** | **NET** |
| 3 | | | **PROFESSIONAL FEES** | **ALLOCATION** |
| 4 | | | | |
| 5 | | | | |
| 6 | Jose Maximo Garcia | $ 23,463.40 | | $ 23,463.40 |
| 7 | Armando Guzman | $ 37,381.49 | | $ 37,381.49 |
| 8 | Jhon Orellana | $ 39,767.57 | $ 7,953.51 | $ 31,814.06 |
| 9 | Nelson Rios | $ 22,667.89 | $ 4,533.58 | $ 18,134.31 |
| 10 | Marcelino Huerta | $ 38,575.20 | $ 7,715.04 | $ 30,860.16 |
| 11 | Jose Luis Roque | $ 20,678.43 | $ 4,135.69 | $ 16,542.74 |
| 12 | Fidel Martinez | $ 15,112.24 | $ 3,022.45 | $ 12,089.79 |
| 13 | Victor B Hernandez | $ 27,042.95 | $ 5,408.59 | $ 21,634.36 |
| 14 | Fernando Herreira | $ 44,142.44 | $ 8,828.49 | $ 35,313.95 |
| 15 | Nawazish Ali Khan | $ 36,983.83 | $ 7,396.77 | $ 29,587.06 |
| 16 | Emerson Gonzalez | $ 3,181.52 | $ 636.30 | $ 2,545.22 |
| 17 | Felix Gonzalez | $ 2,386.14 | $ 477.23 | $ 1,908.91 |
| 18 | Alberto Hernandez | $ 28,633.71 | $ 5,726.74 | $ 22,906.97 |
| 19 | | . | | |
| 20 | | $ 340,016.81 | $ 55,834.38 | $ 284,182.43 |