# MILMAN LABUDA LAW GROUP PLLC
Attorneys at Law
3000 Marcus Avenue
Suite 3W3
Lake Success, New York 11042

Telephone (516) 328-8899
Facsimile (516) 328-0082

---

† Also admitted in New Jersey

Author: Joseph M. Labuda – Member †
Direct E-Mail Address: joelabuda@mllaborlaw.com
Direct Dial: (516) 303-1380

February 18, 2010

**Via ECF**

Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **Guzman, et al. v. VLM, Inc., et.al**
      **Index No.: 07-CV-1126 (KAM) (RER)**
      **MLLG File No.: 71-2007**

Dear Judge Reyes:

   This law firm represents the Defendant, VLM, Inc. d/b/a Reliable Bakery ("Defendant"), in the above-referenced matter. I am in receipt of Mr. Ambinder's letter dated January 25, 2010 *[sic]* that was filed with the Court yesterday, February 17, 2010 concerning the payment to Class Members.

   Please be advised that all checks were issued to Mr. Ambinder's office yesterday.

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

/s/
Joseph M. Labuda

cc:   Gary J. Dmoch, Esq. - via ECF
      Lloyd R. Ambinder, Esq. - via EFC