UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
ARMANDO GUZMAN AND JOSE GARCIA,
individually and on behalf of all persons similarly
situated who were employed by VLM, INC. d/b/a
RELIABLE BAKERY,

07-CV-1126 (JG)(RER)

Plaintiffs,

STIPULATION OF DISMISSAL

-against-

VLM, INC. D/B/A RELIABLE BAKERY, AND
JOSEPH VITACCO,

Defendants.
---------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for all the parties herein, that this action is dismissed with prejudice, without costs or fees to any party as against any other party. This Stipulation may be filed with the Court without further notice to any party.

Dated: September 21, 2010

GARY J. DMOCH & ASSOCIATES
Attorneys for JOSEPH VITACCO

By_____
Gary J. Dmoch, Esq.
171-22 Northern Boulevard
Flushing, NY 11358
(718) 959-4444

MILMAN LABUDA LAW GROUP, PLLC
Attorneys for RELIABLE BAKERY

By_____
Netanel Newberger, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042
(516) 328-8899

VIRGINIA & AMBINDER, LLP
Attorneys for PLAINTIFFS

By_____
LaDonna Lusher, Esq.
111 Broadway, Suite 1403
New York, NY 10006
(212) 943-9080

SO ORDERED:

_____
U.S.M.J.

So Ordered:
9/27/10
Kiyo A. Matsumoto
U.S. District Judge